UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEO B. MARCHETTI, | |
| Plaintiff, | Case No. 2:16-cv-01792-JAD-CWH |
| vs. | **REPORT & RECOMMENDATION** |
| NYE COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

On April 25, 2017, the court entered an order requiring Plaintiff Leo B. Marchetti to file an application to proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF No. 2).) Plaintiff's deadline for doing so was May 24, 2017. (*Id.*) Plaintiff was advised that failure to comply with the order would result in a recommendation that his case be dismissed. (*Id.*) Plaintiff has not taken any action in this case since the court's order dated April 25, 2017, and therefore he appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that Plaintiff Leo B. Marchetti's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: May 30, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**